SCWC-14-0000801

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GINA GILLUM,
Petitioner/Appellant-Appellant,

vs.

STATE OF HAWAIʻI, DEPARTMENT OF HUMAN SERVICES,
Respondent/Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000801; CIV. NO. 13-1-0532)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Appellant-Appellant's Application for Writ

of Certiorari, filed on April 28, 2017, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 9, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

